# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **4:22MJ3203** |
| Plaintiff, | **1:22MJ112** |
| vs. | **Magistrate Judge Zwart** |
| **ERICA SIKES** | |
| Defendant. | |

## RULE 5 ORDER

A Complaint and Warrant having been filed in the Southen District of Alabama, charging the above-named defendant under 18:844(n). The defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5. Counsel was appointed to represent the defendant. The government requested detention.

The defendant initially demanded an identity hearing, preliminary hearing, and detention hearing in this district, and the hearing was scheduled to be held today. However, after having an opportunity to confer with counsel, the defendant decided to waive her right to those hearing in this district and requests those hearings in the charging district.

The court finds the defendant knowingly and voluntarily waived her right to an identity hearing, preliminary hearing, and detention hearing in this district, reserving her right to such hearings in the charging district.

Accordingly,

IT IS ORDERED:

1) The defendant is held to answer in the prosecuting district.

2) The identity, preliminary, and detention hearings scheduled for today are **<u>cancelled</u>**.

3) Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above-named defendant and to transport the defendant with a certified copy of this order forthwith to the prosecuting district specified above and there deliver the defendant to the U.S. Marshal for that district or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Cr.P.40 having been completed.

DATED: August 5, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge